1

2

3

4

5

6

7              UNITED STATES DISTRICT COURT

8             NORTHERN DISTRICT OF CALIFORNIA

9

10    GARY D. EASLEY,

11              Plaintiff,                        Case No. 18-cv-04241-NC

12         v.                                     **ORDER FOR U.S. MARHSALS**
                                                  **TO SERVE THE COMPLAINT**
13    CITY OF MORGAN HILL, et al.,                **AND FOR THE PLAINTIFF TO**
                                                  **PROVIDE ADDITIONAL**
14              Defendants.                       **UPDATED ADDRESSES**

15

16         Plaintiff Gary D. Easley filed a complaint which this Court screened and deemed

17    sufficient under 28 U.S.C. § 1915. *See* Dkt. Nos. 1, 7. However, the U.S. Marshals could

18    not serve the complaint because Mr. Easley did not respond to multiple requests from the

19    clerk's office to provide addresses for the defendants. *See* Dkt. No. 10. The Court ordered

20    Mr. Easley (1) to show cause why the case should not be dismissed for failure to prosecute,

21    and (2) to provide the addresses. Dkt. No. 10. Mr. Easley did so in part. Dkt. No. 11.

22         Mr. Easley also made various requests in his response to the order to show cause

23    and provide addresses, including a "petition for enlargement of time to respond to the

24    court's order for special circumstances" as well as a stay of the case for 30 days pending

25    criminal proceedings. Dkt. No. 11 at 4.

26         Mr. Easley provided some addresses for some of the defendants. Dkt. No. 11. The

27    Court ordered service upon the following defendants in its initial screening of the

28    complaint: (1) the City of Morgan Hill; (2) the County of Santa Clara; (3) the "City

United States District Court
Northern District of California

1   Director of Police Departments" Laurie Smith, Ken Yeager, Bruce Cummings, "Hiring &

2   Policy Supervisors for the County, Morgan Hill, MHPD & SCSD"; (4) the Santa Clara

3   County Sheriff Department; (5) Morgan Hill Police Department; (6) Madison Glover; (7)

4   Roland Burney; (8) Morgan Hill Police Deputies Reis and Fierro (and some other officer

5   Doe Defendants); (9) Catherine Easley; and (10) Madison Glover's wife (whose first name

6   is unknown). Dkt. No. 7 at 1–2.

7        Mr. Easley has provided addresses for Madison Glover, Roland Burney, Deputy

8   Fierro, Deputy Reis, Catherine Easley, and "all other officers." Dkt. No. 11 at 4. The

9   Court finds that the addresses provided for Madison Glover and Catherine Easley are

10  responsive. However, the address provided for Deputy Fierro, Deputy Reis, and "all other

11  officers" appears to be the location of Morgan Hill's City Hall. City Hall may not accept

12  service on behalf of these officers. Additionally, the address provided for Roland Burney

13  is not legible. Therefore, Mr. Easley must provide alternative addresses for these

14  defendants.

15       Mr. Easley may provide updated addresses, as well as addresses for the defendants

16  not included in his most recent filing [(1) the City of Morgan Hill; (2) the County of Santa

17  Clara; (3) the "City Director of Police Departments" Laurie Smith, Ken Yeager, Bruce

18  Cummings, "Hiring & Policy Supervisors for the County, Morgan Hill, MHPD & SCSD";

19  (4) the Santa Clara County Sheriff Department; (5) Morgan Hill Police Department; and

20  (6) Madison Glover's wife (whose first name is unknown)] by **December 28, 2018.**

21       The Court directs the U.S. Marshals to effect service upon the defendants Madison

22  Glover and Catherine Easley on Mr. Easley's behalf because he is proceeding in forma

23  pauperis. 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3).

24       **IT IS SO ORDERED.**

25

26  Dated: November 28, 2018     _____

                           NATHANAEL M. COUSINS

27                             United States Magistrate Judge

28