Gary Easley
18525 Old Monterey Rd.
Morgan Hill California
95037

**FILED**

DEC 2 8 2018

SUSAN Y SOON
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE MATTER OF: | ) | Case No. ___18-04241 NC___ (Please look up) |
| | ) | |
| Gary Easley | ) | 1.) Defendants addresses |
| | ) | |
| v. | ) | 2.) Request for Service by Publication |
| | ) | |
| City of Morgan Hill et. al. | ) | 3) OBJECTION ~~xxxxxxx~~ |
| Madison Glover et. al. | ) | ~~xxxxxxxx~~ |
| -------------------------------------/ | | |

1.)  Comes now in the United States District Court, for the Northern District of California, the

Plaintiff, Gary Easley, on his own behalf. The plaintiff does now present the addresses requested

alongside a request for service of publication. Plaintiff was unable, after earnest attempts to locate the

address of Defendant Roland Burney. Plaintiff attempted numerous searches online and through name

data location searches, but to no avail. Plaintiff believes that Mr. Burney is a soldier trained in the United

States military. Therefore, the Plaintiff requests the Court to see that Mr. Burney is served via

publication. The Plaintiff understands that if this occurs, he is the party responsible for contacting the

paper, and paying for the add to be run for a period of 4 weeks.

2.)  As for the Police and city defendants, The Plaintiff has run into
some difficulty in procurring the full names of the Morgan Hill Police
depts involved in the retient. Plaintiff submits that he has made an earnest
Attempt to locate the officers names, but has run into a Financial set-back
The Plaintiff needs a copy of the C.D~~xx~~ the video fcttage of the attack
on plaintiff by the Police. Plaintiff ~~of~~ was given a copy during
criminal proceedjng. The Plaintiff ~~xxxxxx~~ however had his legal files
and data stolen from him while abroad. Plaintiff was drugged in public,
by thieves ~~xxxxx~~, and his legal papers were targeted. The only other DSK
That the Plaintiff possesses ~~xxx~~ which contains the needed video, is on a
drive for a personal home computer which has ~~xxx~~ been damaged.

(pg. 1 of 2)

(cont.) lives in the same address as Defendant Mito Sorrentino which was previously. Plaintiff apologizes as to the format of this hand written document.

The data storage unit, although damaged, is believed to be repairable. But the plaintiff cannot now afford the exorbitant fee required in order to achieve such data retrieval by a professional who specializes in that field. Plaintiff also cannot afford to retrieve the discovery packet from the District Attorney's office or since a fee of $45. The office stated the Defense has already obtained the discovery packet once for free, and if I wish to obtain it again, I must pay the fee. But I cannot.

※ The Plaintiff therefore requests now an order from this Court, which directs the state of California, namely, this District Attorney office, to prepare and compile the discovery packet which was previously given to the Plaintiff when he was a criminal defendant. This should include any and all evidence intended to be used during the criminal prosecution, including any and all documents, transcripts, C.D. & D.V.D. audio/video recordings, police radio chatter, notes, police reports, newspaper reports, for any and all cases involving the prosecution of Plaintiff Gary Easley, by the people of Santa Clara County spanning from 1-7-2015, to the most recent case for which he has been convicted. All the information from these cases involve a direct, technical, and logistical relationship each other for the purposes of demonstrating a conspiracy against the plaintiff, and this discovery request also should include specifically the recordings taken by jail phone calls allegedly made by Gary Easley, during his incarceration. Such a Production of the record is necessary in order combat a terrorist cell situated in these relative geographical areas, must be procured in it's entirety. The assertions made by Plaintiff to this Court cannot fully backed up by all the facts. Plaintiff cannot comfortably work at home or abroad due to resurgence. A follow up letter will be forth coming shortly after this document is submitted.

# DECLARATION OF SERVICE

I, Gary Easley, am the Plaintiff in this case, Everything detailed herein is true to the best of my ability. On the date of Dec. 28th I filed a true copy of this document at 280 S. 1st St. District Ch Clerk, San Jose California.

12-28-2018

*Gary Easley*

2 of 2